UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

RAYMOND BROWN

                                    Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 444 ( )( )

Defendant __RAYMOND BROWN__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


/s/ Raymond Brown by JCM w/permission
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__RAYMOND BROWN__
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

__JOSEPH A. VITA__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/21/2020
Date

__Judith C. McCarthy__
U.S. District Judge/U.S. Magistrate Judge