# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed: 10/8/2020
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                Plaintiff                **SCHEDULING ORDER**

      -against-

                                                    7:20-CR-444-5 VB

Raymond Brown
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing 10/15/2020 at 1 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: October 8, 2020
          White Plains, New York

                                                SO ORDERED:

                                                s/      PED
                                                _____

                                                PAUL E. DAVISON
                                                United States Magistrate Judge