UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Raymond Brown
                    Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:20-cr-444-5-VB

Defendant Raymond Brown  hereby voluntarily consents to participate in the following
proceeding via     ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☒     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel


/S/ Raymond Brown
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Raymond Brown

_____
Print Defendant's Name


/S/ Joseph A. Vita
_____
Defendant's Counsel's Signature

Joseph A. Vita, Esq.

_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

10/15/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge