UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

RAYMOND BROWN

                                  Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELECONFERENCE**

20 CR 444-5 (VB)

Defendant  RAYMOND BROWN  hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer     12-10-2020

_Raymond Brown (by VB)_
_Raymond Brown by Joseph A. Vita, attorney_
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

RAYMOND BROWN
Print Defendant's Name

_Joseph A. Vita_
**Defendant's Counsel's Signature**

JOSEPH A. VITA
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12/10/20_
Date

_VB_
U.S. District Judge/~~U.S. Magistrate Judge~~