UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Raymond Brown

Defendant(s).
-----------------------------------------------------------------X

<u>CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE</u>

20 -CR- 444   ( VB )

Defendant ___Raymond Brown___ hereby voluntarily consents to participate in the following proceeding via _x_ ~~videoconferencing or~~ _x_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_x_ conference Before a Judicial Officer  2/12/2021

_[signature] Raymond Brown (VB)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
Raymond Brown

_____
Print Defendant's Name

/S/ Joseph A. Vita
Defendant's Counsel's Signature

Joseph A. Vita

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_2/12/21_
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge

_2/12/21_