UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

RAYMOND BROWN,
                            Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 444-5 (VB)

        In a violation of supervised release ("VOSR") report dated November 1, 2022, the Probation Department advised the Court that defendant Raymond Brown had been arrested in Ulster County on October 27, 2022, on charges including stalking in the first degree and related offenses, and held without bail. At Probation's request, the Court issued an arrest warrant on November 2, 2022, to be lodged as a detainer in the Ulster County case. On October 4, 2023, the Court received a letter from defendant, asking that his "probation time from the time he was arrested be counted towards any violation" and also requesting a hearing. The Court will separately docket defendant's letter.

        According to defendant's Probation Officer, Claire Francisco, defendant was recently sentenced to three years' imprisonment in the Ulster County case. Defendant remains in state custody at the present time.

        It is not clear to the Court whether the VOSR matter should go forward now or only after defendant has completed service of his state prison sentence. Accordingly, by December 15, 2023, the government, defense counsel (Joseph A. Vita, Esq.), and the probation officer shall confer, and counsel shall submit a joint letter informing the Court how the parties believe the VOSR matter should be handled.

Dated: November 15, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge