UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

___USA___,
 Plaintiff(s),

v.

___Raymond Brown___
 Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

20 cr 444 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/25

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/re-scheduled for:

✓ Status conference (VOSR)   ___ Final pretrial conference

___ Telephone conference   ___ Jury selection and trial

___ Pre-motion conference   ___ Bench trial

___ Settlement conference   ___ Suppression hearing

___ Oral argument   ___ Plea hearing

___ Bench ruling on motion   ___ Sentencing

on __6/11__, 20_25_, at __12:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __6-5-25 @ 12:30__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __5\20__, 20_25_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge