UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USA,
  Plaintiff(s),

v.

Raymond Brown
  Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/25

**CALENDAR NOTICE**

20 cr 444 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference (Voir dire)
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
___ Sentencing

on  7-22- , 20 25 , at  3:30 PM , in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 7-22-25 @ 12 PM

All requests for adjournments or extensions of time must be in writing and **filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated:  7-9- , 20 25
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge